Filed 07/18/09 — Case 09-12194 — Doc 39

2009-12194
FILED
July 18, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001941727

**3**

Geoffrey M. Adalian
Attorney at Law
State Bar # 216398
5501 W. Hillsdale Dr., Ste C
Visalia, California  93291
(559) 733-8990

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re:

Cristobal Cabral, JR.

Maria De Lourdes Cabral

    Debtors.

Case No: 09-12194-B-13

ORDER CONFIRMING PLAN AND VALUING COLLATERAL

The Chapter 13 Plan of the above-named Debtors has been transmitted to all creditors, and it has been determined after notice and opportunity a hearing that the Debtors' Plan satisfies the requirements of 11 U.S.C. section 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1.  The Debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the Debtors' address.

2.  The Debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the Debtors; and

3.  The Debtors shall appear in Court whenever notified to do

so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtors' attorney in the full amount of $3500.00 are approved, $1500.00 of which was paid prior to the filing of the petition. The balance of $2000.00 provided that the attorney and debtor have executed and filed a Rights and Responsibilities of Chapter 13 Debtors and their Attorneys, shall be paid by the trustee from plan payments at the rate specified in Guidelines for Payment of Attorney's fees in Chapter 13 Cases.

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C Section 1323, the plan is amended as follows:

<u>Debtor shall pay $3,141 each month. The holders of allowed general unsecured claims shall receive no less than $10,885.60. Wells Fargo shall receive $450 per month and interest at the annual rate of 4.75% on its allowed claim secured by the 2005 Dodge Ram.</u>

**IT IS FURTHER ORDERED** that the motion to value the collateral of Wells Fargo Financial is granted. The replacement value of the

/ / /

/ / /

/ / /

collateral and the secured claim of such creditor is determined to be $23,263.00 and the deficiency shall be allowed as a general unsecured claim.

Approved

_____
Michael H. Meyer,
Chapter 13 Trustee

Dated: July 18, 2009

_____
W. Richard Lee
United States Bankruptcy Judge